IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBY A. LEPPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 23-3508 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) JURY DEMANDED |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff, Ruby Lepper ("Plaintiff"), by and through her attorneys, the Law Offices of Michael T. Smith & Associates, P.C., and in complaining of the defendant, the Illinois Department of Corrections ("Defendant" or "IDOC"), and states as follows:

### JURISDICTION AND VENUE

1. Plaintiff brings this action against Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000(e) *et seq.* ("Title VII"), for discriminating against her on the basis of her sex during the course of her employment.

2. Jurisdiction of this action is conferred upon the Court by 28 U.S.C. §§ 1331, 1343.

3. Venue for this action is proper in the United States District Court for the Northern District of Illinois, Eastern Division, under 28 U.S.C. § 1391(b)(1)-(2) and (d) because the employment practices hereafter alleged to be unlawful were committed in the Northern District of Illinois and because Defendant's contacts are sufficient to subject it to personal jurisdiction in that district.

4. Plaintiff filed a charge against Defendant with the Equal Employment

Opportunity Commission ("EEOC") ("Exhibit A") and thereafter was sent a Notice of Right to Sue ("Exhibit B").

5. Plaintiff timely filed the Complaint herein with the United States District Court for the Northern District of Illinois within 90 days of her receipt of the notice of right to sue.

## PARTIES

6. Plaintiff is an adult, female individual and a resident of Minonk, Illinois.

7. Defendant is a state agency organized under the laws of the State of Illinois with its main offices in Chicago and Springfield, Illinois.

8. At all times relevant to the allegations herein, Plaintiff was an "employee" of Defendant at its Pontiac, Illinois location, as that term is defined under Title VII.

8. At all times relevant to the allegations herein, Defendant was Plaintiff's "employer" as that term is defined under Title VII.

## FACTUAL ALLEGATIONS

9. Plaintiff began her employment with Defendant on or around August 28, 2017. Plaintiff's current position with Defendant is corrections officer.

10. At all times relevant to the allegations herein, Plaintiff was meeting reasonable job performance expectations of Defendant when said expectation were applied by Defendant without regard to gender.

11. On or around April 10, 2020, Plaintiff was arrested outside of working hours. Pursuant to Defendant's policies, Plaintiff notified Defendant on April 12, 2020 of his arrest

12. On or around April 13, 2020, Defendant informed Plaintiff that there would be an Employee Review hearing on April 29, 2020.

13. On April 29, 2020, Plaintiff attended this hearing with Union President William

Lee. No details of the arrest incident were discussed. Rather, Plaintiff merely confirmed her arrest and was told that the issue would be addressed at a third level meeting.

14. On or around May 12, 2020, Plaintiff was informed that she was being suspended without pay pending a judicial verdict.

15. Plaintiff's suspension was approved on May 22, 2020, with an effective date of May 29, 2020, and Plaintiff was locked out of work on that same day.

16. On or around October 9, 2020, a judicial verdict regarding her arrest was made. Plaintiff provided the paperwork regarding the court's decision to Defendants personnel office.

17. On or around October 14, 2020, Plaintiff received phone call from Defendant informing her she was cleared to return to work immediately and she reported back to work that same day.

18. Plaintiff was never provided with backpay for the time that she was on unpaid leave pending judicial verdict.

19. Plaintiff attempted to file a claim for retroactive unemployment benefits with IDES for the time that she was on unpaid leave pending judicial verdict, however, Defendant contested her claim for unemployment benefits and said benefits were ultimately denied.

20. Plaintiff was also notified by Defendant that she owed the entire amount of her health insurance premiums for the time that she was on unpaid leave pending judicial verdict.

21. Plaintiff is aware of similarly situated male employees who were arrested and placed on paid, rather than unpaid, leave pending judicial verdict.

22. Title VII, 42 U.S.C. §2000e-2(a)(1), makes it unlawful for an employer to discriminate against any employee based upon his or her race.

23. By its conduct as alleged herein, Defendant has discriminated against Plaintiff and

subjected her to different terms and conditions of employment based upon her gender when it suspended her without pay pending judicial verdict.

24. As a result of Defendant's actions, Plaintiff has suffered pecuniary losses and emotional distress.

25. Defendants' conduct toward Plaintiff illustrated a willful and/or reckless disregard of Plaintiff's right to be free from discrimination based upon sex in the workplace.

26. Plaintiff demands to exercise her right to a jury trial of this matter.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant and that it:

a) Award Plaintiff the value of all actual damages to be proved at trial;

b) Award Plaintiff compensatory damages for emotional distress;

c) Award Plaintiff reasonable attorney's fees, costs and disbursements;

d) Award Plaintiff equitable/injunctive relief;

e) Award Plaintiff any and all other relief as the Court deems just in the premises.

RUBY A. LEPPER

BY: **/s/ Michael T. Smith**
Michael T. Smith
Trial Attorney

Michael T. Smith (6180407IL)
LAW OFFICES OF MICHAEL T. SMITH & ASSOC., P.C.
10 N. Martingale Road, Suite 400
Schaumburg, IL 60173
(847) 466-1099
*Msmith39950@aol.com*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RUBY A. LEPPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.:  XXXX |
| ILLINOIS DEPARTMENT OF CORRECTIONS ) | |
| ) | JURY DEMANDED |
| Defendant. ) | |
| ) | |

**COMPLAINT**

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **RUBY A. LEPPER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Case No.:  XXXX** |
| **ILLINOIS DEPARTMENT OF CORRECTIONS** ) | |
| ) | **JURY DEMANDED** |
| Defendant. ) | |
| ) | |

**COMPLAINT**

# EXHIBIT B